# United States Bankruptcy Court
## Eastern District of Michigan

In re __U.S. Computer Exchange, Inc.__

Debtor(s)

Case No. __09-74556__

Chapter __11__

# MOTION FOR VOLUNTARY DISMISSAL

The above-named Debtor(s) requests that this court enter an Order dismissing this Chapter 11 case (title 11 of the United States Code), on the grounds set forth below.

1.  On __November 9, 2009__, the above-named Debtor(s) filed a Voluntary Petition under Chapter 11 of the Bankruptcy Code.

2.  This case has not been previously converted.

3.  Debtor's landlord, Corner Realty, a company related to the Debtor, has lost its rights under a land contract for the premises where Debtor operates its business. During the pendency of this matter, Debtor has benefitted from the automatic stay, which stay has temporarily prevented the owner of the premises from moving to evict either Corner Realty or the Debtor. However, the owner of the building, National Loan Investors, LP, has applied for and received relief from automatic stay, and Debtor has been unable to negotiate a longer tenure at the premises.

4.  These circumstances, coupled with unexpectedly lower sales volume, has makes the success of an amended Chapter 11 plan less likely.

5.  Debtor believes that an orderly winding down of the business is in the best interest of the principal and priority creditors.

6.  Debtor believes that an orderly liquidation and winding down conducted by the Debtor's principal, in an extra-judicial environment, will maximize potential revenues likely to be realized, and thereby maximize the amounts that can be utilized to satisfy the claims of priority creditors.

WHEREFORE, Debtor(s) prays for an Order DISMISSING this Chapter 11 case.

Date __July 19, 2010__

Signature __/s/ Robert Campbell__
Robert Campbell
President

Attorney __/s/ Lawrence J. Lucido__
Lawrence J. Lucido P58759

Lawrence J. Lucido, Attorney at Law
18481 W. 10 Mile Rd.
Suite 201
Southfield, MI 48075
248-552-9210
Fax: 248-552-9211
Larry@Lucido.com

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - bestcase.com

Best Case Bankruptcy

## United States Bankruptcy Court
### Eastern District of Michigan

In re    <u>U.S. Computer Exchange, Inc.</u>

Debtor(s)

Case No.   <u>**09-74556**</u>

Chapter   <u>**11**</u>

## ORDER DISMISSING CHAPTER 11 BANKRUPTCY CASE

A voluntary motion to dismiss Chapter 7 bankruptcy case was filed by Debtor U.S.

Computer Exchange by and through its Attorney Lawrence J. Lucido. Debtor, creditors and the

United States Trustee were served with the Motion and no response was timely received. The

Court being fully advised in the premises enters this order.

**NOW, THEREFORE,**

**IT IS ORDERED that the above-captioned Chapter 11 case is hereby DISMISSED**

**EXHIBIT**